# IN THE COURT OF APPEALS OF THE NAVAJO NATION
## WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | |
|---|---|
| THE NAVAJO TRIBE, | No.: A-CR-04-77 |
|       Plaintiff-Appellee | |
| vs. | ORDER DISMISSING APPEAL |
| RONALD CURLEY, | |
|       Defendant-Appellant | |

The Appeal in the above-entitled matter, filed the 10th day of August, 1977, having been received and considered by the Chief Justice pursuant to 7 N.T.C. Section 451, the Court finds:

1.  Appellant has failed to make a motion pursuant to Rule 5(d), Rules of the Court of Appeals, to correct the alleged error.

2.  Title 14, Section 245 of the Navajo Tribal Code allows a judge a impose of sentence of six (6) months or $500.00 or both.

3.  The remaining sentences are not appealable under 7 N.T.C. Section 172 as the sentence is less than 15 days and/or $26.00 fine.

Therefore, the appeal in the above-entitled matter is DIS-
MISSED.


Dated this 29th day of September, 1977.




                              Virgil L. Kirk, Sr.
                        Chief Justice of the Navajo Nation